# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0382
LT Case No. 16-2022-CT-003983-AXXX

_____

DAVID OTIS BROWN,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the County Court for Duval County.
Mose L. Floyd, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.


March 26, 2024


PER CURIAM.

   AFFIRMED.

WALLIS, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____